*E-FILED - 4/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEMONTA RENNA MCBROOM,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>Respondents. | ) | No. C 06-6979 RMW (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Docket No. 10) |

Petitioner, a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court granted respondent's motion to dismiss the petition. Petitioner has filed a notice of appeal, which the court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED.

//

//

Because the appeal is taken in good faith and because of petitioner's lack of funds, see 28 U.S.C. § 1915(a)(3), petitioner's request to appeal in forma pauperis (Docket No. 8) is hereby GRANTED.

This order terminates Docket No. 10.

IT IS SO ORDERED.

DATED: 4/28/08

RONALD M. WHYTE
United States District Judge